No. 04–7792.  STRANGE v. WOODFORD, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 04–7794.  RUTHERFORD v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 04–7796.  GARRETT v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 04–7797.  FABIAN v. CONWAY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 04–7801.  HALL ET AL. v. HANSCOM AIR FORCE BASE ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 04–7803.  TONEY v. ILLINOIS DEPARTMENT OF CORRECTIONS.  Sup. Ct. Ill.  Certiorari denied.

No. 04–7826.  SPERO v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 04–7828.  REED v. SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 04–7837.  MORGAN v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 04–7840.  LANGHORNE v. GONZALES, ATTORNEY GENERAL, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 04–7846.  MONTGOMERY v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 04–7849.  PATTERSON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 04–7850.  WICKS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–7861.  ALVARADO-RIVERA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.